UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Alexandria Nikolinos, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  Alexandria.Nikolinos@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 22- 19705 (CMG) |
| RPVA Trucking LLC, | Chapter: 11, Subchapter V |
| Debtor. | The Honorable Christine M. Gravelle |
| | Hearing Date: March 28, 2023 @ 10:00 am |

**NOTICE OF CROSS-MOTION BY THE UNITED STATES TRUSTEE UNDER 11 U.S.C. § 1112(b) FOR AN ORDER CONVERTING CASE TO CHAPTER 7, OR, IN THE ALTERNATIVE, DISMISSING CASE**

**TO:  ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that the United States Trustee will move before the Honorable Judge Christine M. Gravelle, on March 28, 2023 at 10:00 a.m. or as soon thereafter as counsel may be heard, at the United States Bankruptcy Court, District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, Dismissing Case, and for such other and further relief as this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee shall rely upon the Cross-Motion and Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Cross-Motion must be filed with the Court and served upon the United States Trustee not later than four (4) days before the hearing date, pursuant to District of New Jersey Local Bankruptcy Rule 9013-2(a)(3). If opposing papers are not filed and served within the required time, the Cross-Motion may be deemed uncontested pursuant to District of New Jersey Local Bankruptcy Rule 9013-3(d) and an Order Converting Case to Chapter 7, or, in the alternative, Dismissing the Case, may be signed and entered in the Court's discretion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to District of New Jersey Local Bankruptcy Rule 9013-3(d) oral argument may only be presented by a party that has filed opposition to the Motion.

> ANDREW R. VARA
> UNITED STATES TRUSTEE
> REGIONS 3 & 9
>
>  */s/ Alexandria Nikolinos*
> Alexandria Nikolinos
> Trial Attorney

DATED: March 21, 2023