Caption in Compliance with D.N.J. 9004(b)
KIRSTEN B. ENNIS, LLC
PO Box 5536
Clinton, NJ 08809
(908) 713-0345
kirsten@ennislegal.com

Kirsten B. Ennis, Esq. (KE7927)
Attorney for RPVA Trucking, LLC

Order Filed on June 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

RPVA Trucking LLC,

Debtor.

Chapter 11, Subchapter V

Case No. 22-19705 (CMG)

Hearing Date: May 16, 2023, at 10:00 a.m.

The Honorable Christine M. Gravelle

## ORDER DISMISSING CASE

The relief set forth on the following page(s), numbered two (2), is hereby **ORDERED**.

**DATED: June 12, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
RPVA Trucking LLC
Case No.: 22-19705 (CMG)

**Order Dismissing Case**

Upon consideration of the Cross-Motion of the United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b) for an Order Converting Case to Chapter 7, or, in the alternative, Dismissing Case, and notice of the motion having been given to the Debtor, Debtor's counsel, subchapter V Trustee, secured creditors and parties that filed a Notice of Appearance, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned chapter 11 case, RPVA Trucking LLC, Case No. 22-19705 (CMG), is **DISMISSED.**

**IT IS FURTHER ORDERED** that compensation and expenses are allowed for Devanshu L. Modi, Sub V Trustee, in the amount of $2,932.50.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this Order.